UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

EJAZ BALUCH,

                                 Plaintiff,

    -against-

300 WEST 22 REALTY, LLC et al.,

                              Defendants.
------------------------------------- x

ORDER

19 Civ. 5077 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendants' motion to dismiss, (ECF No. 12), is GRANTED, without prejudice to Plaintiff's application to amend within 30 days of this order. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       February 5, 2020

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2020