UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------x

EJAZ BALUCH,

                      Plaintiff,

        -against-

300 WEST 22 REALTY, LLC, 317 WEST 14 REALTY, LLC, 147 FIRST REALTY, LLC, *collectively d/b/a Icon Realty Management, LLC*, ICON HOSPITALITY GROUP, TERRENCE LOWENBERG, AND LOUISE MARTIN,

                      Defendants.

------------------------------------x

JUDGMENT

19 Civ. 5077 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An Acceptance of Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure having been filed by Plaintiff Ejaz Baluch on August 5, 2020, accepting the offer of Defendants 300 West 22 Realty LLC (incorrectly referred to in the Complaint as 300 West 22 Realty, LLC), 317 West 14 Realty LLC (incorrectly referred to in the Complaint as 317 West 14 Realty, LLC), 147 First Realty LLC (incorrectly referred to in the Complaint as 147 First Realty, LLC), (collectively d/b/a Icon Realty Management, LLC), Icon Hospitality LLC (incorrectly referred to in the Complaint as Icon Hospitality Group), Terrence Lowenberg, and Louise Martin (collectively "Defendants"), to have judgment entered against Defendants in the amount of Two Hundred and Fifty Thousand Dollars and Zero Cents ($250,000.00) in order to resolve and in full satisfaction of all claims asserted against Defendants in the court action by Plaintiff Ejaz Baluch ("Plaintiff"), inclusive of all costs and expenses, pre-judgment interest, liquidated damages, and attorneys' fees accrued to date, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Ejaz Baluch against Defendants in the amount of Two Hundred and Fifty Thousand Dollars and Zero Cents ($250,000) in order to resolve and in full satisfaction of all claims asserted against Defendants in this court action by Plaintiff Ejaz Baluch, inclusive of all costs and expenses, prejudgment interest, liquidated damages, and attorneys' fees accrued to date, and this court action is hereby dismissed with prejudice.

Dated: New York, New York
      August 13, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge